AMBER S. JONES (SBN 317786)
ajones@boylstonlaw.com
The Law Offices of Charles P. Boylston, APC
41955 Fourth Street, Suite 300
Tel: (909) 825-9276; Fax: (909) 825-9369

Attorney for Plaintiff
RICHARD NOWAK

BARBARA I ANTONUCCI (SBN 209039)
bantonucci@constangy.com
TIFFANY S. HANSEN (SBN 292850)
thansen@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Tel: (415) 918-3000; Fax: (415) 918-3001

Attorneys for Defendant
JOHNS MANVILLE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NOWAK<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNS MANVILLE; and DOES 1 through 30<br><br>　　　　Defendants. | Case No.: 5:21-cv-1024<br>[Removal from Superior Court of California, County of Riverside, Case No. CVSW21003001]<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>*[Proposed Order filed concurrently]*<br><br>[Local Rules 7-1 and 52-4.1] |

1

STIPULATION OF DISMISSAL WITH PREJUDICE

1  IT IS HEREBY STIPULATED, by and between Plaintiff RICHARD NOWAK and
2  Defendant JOHNS MANVILLE, by and through their respective attorneys of record, that
3  the above-captioned action be dismissed in its entirety with prejudice, in consideration of
4  a negotiated settlement by the parties.

**IT IS SO STIPULATED.**

Dated: November 16, 2021    THE LAW OFFICES OF CHARLES P. BOYLSTON, APC

By: _____
Amber S. Jones
Attorney for Plaintiff
RICHARD NOWAK

Dated: November 4, 2021    CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

By:   /s/ Tiffany S. Hansen
Tiffany S. Hansen
Barbara I. Antonucci
Attorneys for Defendant
JOHNS MANVILLE

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 24, 2021          By: /s/ Tiffany S. Hansen
                                       Tiffany S. Hansen